**Electronically Filed
Supreme Court
SCPW-12-0000419
14-JUN-2012
09:33 AM**

NO. SCPW-12-0000419

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

EDMUND M. ABORDO, Petitioner,

vs.

THE HONORABLE RICHARD K. PERKINS, JUDGE OF THE CIRCUIT
COURT OF THE FIRST CIRCUIT, STATE OF HAWAI‘I, Respondent.

ORIGINAL PROCEEDING
(CR. NO. 93-0737)

ORDER DENYING PETITION FOR WRIT OF MANDAMUS
(By: Recktenwald, C.J., Nakayama, Acoba, and McKenna, JJ.
and Circuit Judge To‘oto‘o, in place of Duffy, J., recused)

Upon consideration of petitioner Edmund M. Abordo's petition for a writ of mandamus, the respondent judge's answer, and the record of Cr. No. 93-0737, it appears that the petitions for writs of habeas corpus submitted by petitioner were filed in Cr. No. 93-0737 on January 24, 2012 and February 17, 2012 and were disposed of on May 7, 2012. Petitioner's request for mandamus relief is moot. Therefore,

IT IS HEREBY ORDERED that the petition for a writ of mandamus is denied as moot.

DATED: Honolulu, Hawai‘i, June 14, 2012.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Fa‘auuga L. To‘oto‘o

